STATE OF NEW JERSEY v. EDDIE FRANK MARTIN.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. TYRONE D. SILVIS.

November 27, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ANGELO'S MOTOR SALES, INC.

November 27, 1973. Petition for certification granted. (See 125 *N. J. Super.* 200)

MARK CLEMENTE v. CORNELL UNIVERSITY.

November 27, 1973. Petition for certification denied.

MARGARET EDWARDS v. ALEXANDER EDWARDS.

November 27, 1973. Petition for certification denied.

DONALD Y. KISSIL v.
BENEFICIAL NATIONAL LIFE INSURANCE.

November 27, 1973. Petition for certification granted.